McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>APPROXIMATELY $39,500.00 IN<br>U.S. CURRENCY,<br><br>              Defendant. | 2:20-MC-00057-KJM-DB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant

Courtney Esterine ("claimant"), by and through their respective counsel, as follows:

1.      On or about December 24, 2019, claimant filed a claim in the administrative forfeiture

proceeding with the Drug Enforcement Administration ("DEA") with respect to the Approximately

$39,500.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 15, 2019.

2.      The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. §

983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the

defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a

claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

Stipulation and Order to Extend Time

forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was March 23, 2020.

4.      By Stipulation and Order filed March 20, 2020, the parties stipulated to extend to June 22, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed June 24, 2020, the parties stipulated to extend to August 21, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to September 21, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to September 21, 2020.


Dated:    8/17/20                                        McGREGOR W. SCOTT
                                                        United States Attorney

                                        By:     /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney


Dated:    8/17/20                                        /s/ Peter S. Herrick
                                                PETER S. HERRICK
                                                Attorney for potential claimant
                                                Courtney Esterine
                                                (Signature authorized by email)

Stipulation and Order to Extend Time

1  **IT IS SO ORDERED**.

2  Dated: August 17, 2020.

3
4  CHIEF UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order to Extend Time